Opinion filed May 22, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed May 22, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00311-CR 

                                                     __________

 

                                       DARRELL
ISHAM, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 114th District Court 

 

                                                          Smith
County, Texas

 

                                              Trial
Court Cause No. 241-1547-03

 



 

                                               C
O N C U R R I N G   O P I N I O N

Because I agree
with the ultimate result in this case, I concur.  Further, I do not join in the
inclusion of Footnote No. 1 in the opinion. 

 

                                                                                                            JIM R. WRIGHT

                        CHIEF JUSTICE

May 22,
2008

Publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.